# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4424
_____

GENERAL EMPLOYEES PENSION
FUND, CITY OF JACKSONVILLE,

   Petitioner,

   v.

SABRINA PRYCE-JONES,

   Respondent.

_____

Petition for Writ of Ceriorari—Original Jurisdiction.
Suzanne Bass, Judge.

March 29, 2019


PER CURIAM.

   DENIED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Craig D. Feiser, Assistant General Counsel, Jacksonville, for Petitioner.

T.A. Delegal, III, and James C. Poindexter of Delegal Law Offices, P.A., Jacksonville, for Respondent.